1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10                          **SAN JOSE DIVISION**
11

12    LINKITZ SYSTEMS, INC.,                 Case No. 5:15-cv-04724  NC

13                    Plaintiff,             **SUA SPONTE JUDICIAL
                                              REFERRAL FOR PURPOSES OF
14              v.                            DETERMINING RELATIONSHIP
                                              OF CASES**
15    PANASONIC CORPORATION, et al.,

16                    Defendant.

17

18        In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19   above captioned case is referred to District Judge Ronald M.Whyte  to determine whether it

20   is related to 5:15-cv-04201 RMW,  Nebraska Dynamics, Inc. v. Panasonic Corporation, et

21   al.

22        IT IS SO ORDERED.

23        Date:  November 2, 2015                      _____
                                                       Nathanael M. Cousins
24                                                     United States Magistrate Judge

25
26
27
28

Case No. 15-cv-04724 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES